# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**HELENA AGRI-ENTERPRISES LLC**                                       **PLAINTIFF**

v.                     **CASE NO. 2:25-CV-00042-BSM**

**HYDR FARMS LLC,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Consent Judgment entered on June 13, 2025 [Doc. No. 10], this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE